UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARNELL O. McGARY,

          Petitioner,

v.

HENRY RICHARDS,

          Respondent.

Case No. C05-5317RJB

ORDER

    The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254. This case is currently on appeal.

    During the past week Mr. McGary has contacted the chambers of both Judge Strombom and Judge Arnold by telephone and left messages that argue he is being improperly held and that the conduct of unnamed persons is improper or "out of control."

    These telephone calls constitute improper ex parte contact with the court and it is hereby ORDERED:

    1.    Plaintiff shall make no further attempts to contact the court by telephone and must serve a copy of all papers or motion he makes in cases on the opposing party.

    2.    The clerk will send a copy of the general order to Mr. McGary.

    3.    Any further ex parte contacts by Mr. McGary will result in sanctions.

ORDER
Page - 1

4.   The Court Clerk is directed to send a copy of this Order to petitioner and the Attorney General's Office Social Health Service Division attention Assistant Attorney General Timothy Lang.

DATED this 12th day of October, 2005.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 2